# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM | § | |
| | § | Civil Action No.  4:18-CV-43 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| CROSBY BILLING SERVICES, CORP., ET | § | |
| AL. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 14, 2018, the report of the Magistrate Judge (Dkt. #29) was entered containing proposed findings of fact and recommendations that Plaintiff's "Motion for Default Judgment Against Rebecca Nahom, Jeff Nahom, Firefly Travel Corp., and First Class Vacations" (Dkt. #22) be granted in part, that default judgment be entered for Plaintiff, that Defendants Rebecca Nahom and Firefly Travel Corp should be terminated, and that Plaintiff should be awarded $26,000.00 as statutory damages against Defendants First Class Vacations, Inc. and Jeff Nahom only.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's "Motion for Default Judgment Against Rebecca Nahom, Jeff Nahom, Firefly Travel Corp., and First Class Vacations" (Dkt. #22) is **GRANTED IN PART** and a default judgment shall be entered for Plaintiff.

It is further **ORDERED** Rebecca Nahom and Firefly Travel Corp are hereby terminated as Defendants in this cause.

**SIGNED this 5th day of December, 2018.**


_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE